1

2

3

4

5

6

7

8 # UNITED STATES DISTRICT COURT

9 ### EASTERN DISTRICT OF CALIFORNIA

10

11 | JASON McCLAIN, | Case No.  1:19-cv-00900-AWI-BAM (PC) |

12 | Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING

13 | v. | DISMISSAL OF CERTAIN CLAIMS AND PLAINTIFF'S MOTION FOR

14 | SCHOO, *et al.*, | PRELIMINARY INJUNCTION

15 | Defendants. | (ECF No. 16) |

16

17          Plaintiff Jason McClain ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

18  *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a

19  United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On January 15, 2020, the assigned Magistrate Judge screened Plaintiff's complaint and

21  found that Plaintiff stated a cognizable claim against Defendants Schoo, Gonzalez, and Brooks

22  for failure to protect in violation of the Eighth Amendment, but failed to state any other

23  cognizable claims.  The Court ordered Plaintiff to either file a first amended complaint or notify

24  the Court of his willingness to proceed only on the cognizable claim.  (ECF No. 13.)  On January

25  30, 2020, Plaintiff notified the Court of his willingness to proceed on the cognizable claim for

26  failure to protect against the defendants, as identified by the Court.  (ECF No. 14.)  In his

27  notification, Plaintiff also requested that the Court issue an order that he be placed on the priority

28  legal user list so he may be provided with legal materials such as motion paper.  (Id.)

1

1           Accordingly, on February 4, 2020, the Magistrate Judge issued findings and

2 recommendations that this action proceed on Plaintiff's complaint against Defendants Schoo,

3 Gonzalez, and Brooks for failure to protect in violation of the Eighth Amendment, and all other

4 claims be dismissed from this action for failure to state a claim.  (ECF No. 16.)  The findings and

5 recommendations were served on Plaintiff and contained notice that any objections were to be

6 filed within fourteen (14) days after service.  (Id. at 8.)  Plaintiff timely filed objections on

7 February 12, 2020.  (ECF No. 17.)

8           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

9 *de novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's

10 objections, the Court finds the findings and recommendations to be supported by the record and

11 by proper analysis.

12           Accordingly, IT IS HEREBY ORDERED as follows:

13    1.  The findings and recommendations issued on February 4, 2020, (ECF. No. 16), are

14         adopted in full;

15    2.  This action shall proceed on Plaintiff's complaint, filed June 14, 2019, (ECF No. 1),

16         against Defendants Schoo, Gonzalez, and Brooks for failure to protect in violation of

17         the Eighth Amendment;

18    3.  All other claims are dismissed from this action based on Plaintiff's failure to state

19         claims upon which relief may be granted;

20    4.  Plaintiff's motion for preliminary injunction, (ECF No. 14), is denied; and

21    5.  This action is referred back to the Magistrate Judge for proceedings consistent with

22         this order.

23

24 IT IS SO ORDERED.

25 Dated:   April 30, 2020                                   

26                          SENIOR  DISTRICT  JUDGE

27

28