1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14

| | |
|---|---|
| JASON MCCLAIN,<br><br>            Plaintiff,<br><br>    v.<br><br>SCHOO, *et al.*,<br><br>            Defendants. | Case No.  1:19-cv-00900-AWI-BAM (PC)<br><br>ORDER GRANTING MOTION FOR CASE UPDATE<br><br>(ECF No. 21) |

15
16
17
18
19

       Plaintiff Jason McClain ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's complaint against Defendants Schoo, Gonzalez, and Brooks for failure to protect in violation of the Eighth Amendment.

20
21
22
23
24

       On February 4, 2020, the undersigned issued findings and recommendations that this action proceed on Plaintiff's complaint against Defendants Schoo, Gonzalez, and Brooks for failure to protect in violation of the Eighth Amendment, and all other claims be dismissed from this action for failure to state a claim.  (ECF No. 16.)  Plaintiff filed objections on February 12, 2020.  (ECF No. 17.)  On May 1, 2020, the assigned District Judge adopted the findings and recommendations in full.  (ECF No. 18.)

25
26
27
28

       Accordingly, on May 5, 2020, the Court issued an order finding service of the complaint appropriate and directing electronic service on Defendants Schoo, Gonzalez, and Brooks.  (ECF No. 19.)

Currently before the Court is Plaintiff's motion for update and a notice of change of address, filed May 11, 2020. (ECF No. 21.) Plaintiff states that he has not heard from the court for several months, and it appears that the last order received by Plaintiff was the Court's February 4, 2020 findings and recommendations. In addition, Plaintiff states that he received an unexpected letter from Kaufman Law Firm requesting that a lawyer wanted to represent him. Plaintiff states that he signed a client fee agreement but was not provided a copy of the document with the attorney's name. Plaintiff requests an update on his case and provides notice that his address has changed. (Id.)

Upon receiving Plaintiff's notice of change of address, the Clerk of the Court re-served the most recent filings in this action, including the Court's May 1, 2020 order from the District Judge adopting the February 4, 2020 findings and recommendations in full, and the May 5, 2020 order finding service of the complaint appropriate and directing electronic service on Defendants Schoo, Gonzalez, and Brooks. (ECF Nos. 18, 19.) At this time, the Court is awaiting completion of service on Defendants, there are no pending deadlines for Plaintiff, and Plaintiff has not missed any deadlines.

With respect to Plaintiff's statement that he is now being represented by an attorney from Kaufman Law Firm, <u>Plaintiff is informed that no attorneys have made an appearance in this action on behalf of Plaintiff</u>. Until an attorney enters their appearance in this case, Plaintiff will continue to represent himself, meaning he will continue to be *pro se* in this case. If Plaintiff retains representation by an attorney in the future, Plaintiff's attorney should inform the Court immediately.

Pursuant to the information provided above, Plaintiff's motion for a case update, (ECF No. 21), is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **May 14, 2020**        /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE