1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

JASON MCCLAIN,

            Plaintiff,

   v.

SCHOO, *et al.*,

            Defendants.

Case No.  1:19-cv-00900-AWI-BAM (PC)

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR A CASE UPDATE AND PRIORITY LEGAL USER

(ECF No. 31)

Plaintiff Jason McClain ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's complaint against Defendants Schoo, Gonzalez, and Brooks for failure to protect in violation of the Eighth Amendment.

On July 27, 2020, Defendants filed a motion to dismiss.  (ECF No. 25.)  Plaintiff filed his opposition to the motion to dismiss on August 6, 2020.  (ECF No. 26.)  Defendants filed a reply on August 12, 2020, and Plaintiff filed a surreply on August 28, 2020.  (ECF Nos. 29, 30.)

Currently before the Court is Plaintiff's "Motion for a Case Update and Priority Legal User," filed February 4, 2020.  (ECF No. 31.)  Defendants have not yet had the opportunity to file a response, but the Court finds a response unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

///

1

1    In his motion, Plaintiff requests that the Court provide him with a case update.  (ECF No.

2    31.)  He also states that he is being denied law library access at his institution because he does not

3    have a Court-imposed deadline in an active case.  Plaintiff asks the Court for Priority Legal User

4    status so he can study more case law regarding his case.  (Id.)

5    Plaintiff's request for case status is granted for this one time.  Defendants' motion to

6    dismiss remains pending before the Court, and will be reviewed in due course.  At this time there

7    are no other deadlines pending that require Plaintiff to take any action.  Plaintiff is advised that so

8    long as he provides the Court with his updated mailing address, he will be informed if any action

9    is taken in his case.  He should not write to the Court simply to ask about the status of his case.

10   The Court cannot give status reports to litigants.

11   Plaintiff has previously asked for the Court to grant him Priority Legal User status at his

12   institution's law library.  As Plaintiff was previously informed, Defendants' motion to dismiss is

13   fully briefed, and Plaintiff has already submitted an opposition and surreply.  It is not clear why

14   Plaintiff needs to do further research regarding this case.  If Plaintiff needs additional time to

15   access the law library at his institution in connection with a specific deadline or filing in this case,

16   he may file a motion specifically asking for an extension of that deadline or other necessary relief.

17   Again, at this time there are no pending deadlines that require Plaintiff to take any action.

18   For the foregoing reasons, Plaintiff's motion for a case update and priority legal user

19   status, (ECF No. 31), is HEREBY GRANTED IN PART AND DENIED IN PART, as discussed

20   above.

21   IT IS SO ORDERED.

22   Dated:   __February 5, 2021__          ___/s/ Barbara A. McAuliffe___

23                                        UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

                                         2